IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DORIAN WILLIAMS,

     Plaintiff,

                                          Case No.  19-cv-118-slc

  v.

WARDEN BOUGHTON, MARK
KARTMAN, MARY MCCULLICK,
ANDREW HULCE, NURSE KRAMER,
ASHLEY DRONE, DARYL FLANNERY,
HEIDI BLOYER, CODY SAYLOR, and
ANY & ALL JOHN AND JANE DOES,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.

| /s/ | 7/26/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |